# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH ABREU, : | |
|    Plaintiff, : | |
| : | No. 1:19-cv-20 |
| v. : | |
| : | (Judge Rambo) |
| SUPERINTENDENT : | |
| TAMMY FERGUSON, *et al.*, : | |
|    Defendants. : | |

## ORDER

**AND NOW**, on this 17th day of March 2020, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant Kauffman's motion for summary judgment (Doc. No. 34) is **GRANTED**;

2. The Clerk of Court is **DIRECTED** to enter judgment in favor of Defendant Kauffman and against Plaintiff Ralph Abreu; and

3. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

                                        s/ Sylvia H. Rambo
                                        United States District Judge